IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA


IN RE: PENNIE R. PACKER } CASE NO 09-15460

}

}

---

OBJECTION TO CONFIRMATION

---

TitleMax of Alabama, Inc. hereby objects to the confirmation of the Debtor's proposed Chapter 13 plan as follows:

1.    Debtor's plan improperly attempts to convert his obligation to redeem the property at issue into a debt to be paid through his bankruptcy plan.

2.    Debtor entered into a pawn transaction with TitleMax on October 19, 2009, in which she pawned her 2004 Chevrolet Impala. [Exh. 1]. Debtor had thirty days in which to redeem that vehicle. That thirty day time period ended on November 18, 2009 at which time Debtor defaulted on the agreement.

3.    Debtor filed this bankruptcy petition on November 20, 2009, after she defaulted on her agreement with TitleMax.

4.    In order to retain possession of the vehicle, Debtor is required to redeem the vehicle by paying the full amount due within sixty days of the filing of the bankruptcy, i.e. by January 19, 2010. *In re Jones*, 304 BR 462 (N.D. Ala. 2003); 11 U.S.C. § 1322. Debtor's only option is to redeem the property in accordance with the pawn agreement.

WHEREFORE, from all of the above, TitleMax of Alabama, Inc. moves this Court for the entry of an Order denying confirmation of the Debtor's proposed plan.


Respectfully submitted,


s/ Jeffrey L. Ingram
Jeffrey L. Ingram, Esq.


Page 1 of 2

Case 09-15460   Doc 10   Filed 12/19/09   Entered 12/19/09 11:49:48   Desc Main
Document   Page 1 of 2

OF COUNSEL
GALESE & INGRAM, P.C.
800 Shades Creek Parkway
Suite 300
Birmingham, AL 35209
Tel: (205) 870-0663
Fax: (205) 870-0681
Email: Jeff@Galese-Ingram.com

CERTIFICATE OF SERVICE

       I hereby certify that I have served a copy of the above and foregoing pleading upon all counsel of record in this cause on December 9, 2009.

s/ Jeffrey L. Ingram