| PAWNBROKER NAME: TitleMax | PHONE NUMBER (251) 471-3601 | | FAX NUMBER (251) 471-3609 |
|---|---|---|---|
| STREET ADDRESS 3223 SPRINGHILL AVENUE | CITY MOBILE | STATE AL | ZIP CODE 36607 |
| PAWNBROKER HOURS OF OPERATION: Monday to Friday __9__ A.M. to __7__ P.M., Saturday __10__ A.M. to __4__ P.M., CLOSED ON SUNDAY. | | | PRIMARY CONTACT PERSON Michael McCann |

| PLEDGOR: FIRST NAME PENNIE | MIDDLE NAME | LAST NAME PACKER | SOCIAL SECURITY NO. XXX-XX-7820 | DRIVER'S LICENSE NO./STATE ID NO. |
|---|---|---|---|---|
| RESIDENCE STREET ADDRESS 370 TUTTLE AVE | | CITY MOBILE | STATE AL | ZIP CODE 36604 |
| HOME PHONE (251) 656-7961 | CELL PHONE | RACE BLACK | SEX FEMALE | HEIGHT 5.05 | DATE OF BIRTH |

| CO-PLEDGOR: FIRST NAME | MIDDLE NAME | LAST NAME | SOCIAL SECURITY NO. | DRIVER'S LICENSE NO./STATE ID NO. |
|---|---|---|---|---|
| RESIDENCE STREET ADDRESS | | CITY | STATE | ZIP CODE |
| HOME PHONE | CELL PHONE | RACE | SEX | HEIGHT | DATE OF BIRTH |

| MOTOR VEHICLE: TITLE CERTIFICATE NUMBER 38586130 | STATE AL | VEHICLE IDENTIFICATION NUMBER (VIN) 2G1WF52E649338618 | LICENSE PLATE NUMBER 2449V57 |
|---|---|---|---|
| YEAR 2004 | MAKE CHEVROLET | MODEL IMPALA | TYPE | COLOR WHITE |

In this Pawn Ticket the words "Pawn Ticket," "original contract," and "ticket," mean this signed agreement including the Waiver of Jury Trial and Arbitration Provision. In this Pawn Ticket the words "you" and "your" mean the pledgor and/or co-pledgor identified above who have signed it. The words "Pawnbroker," "we," "us" and "our" mean TitleMax of Alabama, Inc. d/b/a TitleMax which is in the business of lending money on the security of pledged goods left in pawn, operating pursuant to the Alabama Pawnshop Act Code of Ala. § 5-19A-1, et seq and regulated by the Supervisor of the Bureau of Loans of the State Banking Department. The words "item," "goods," "pledged goods" and "item pawned" mean the motor vehicle identified above. The word "TITLE" means the motor vehicle certificate of title relating to the pledged goods.

We agree to loan you $ 3,000.00 ("Principal Loan Amount"), hold title to the pledged goods for thirty days until 11/18/2009 (the "Maturity Date"), and obtain constructive possession of the pledged goods. If this is your initial transaction then you agree to deliver to us the Motor Vehicle's Certificate of Title endorsed in blank and keys for the pledged goods. If this Pawn Ticket satisfies and replaces the terms of a previous pawn ticket by relinquishing, then you agree to pay the pawnshop charge thereunder which may also include a prorated pawnshop charge (as set forth below), and direct us to apply the cash advance to your account. We will only maintain possession of the TITLE to the motor vehicle ONLY, not the actual motor vehicle. If you choose to redeem or repurchase the pledged goods, then you agree to pay us $ 3,299.70 on the Maturity Date, and we will return the pledged goods to you, unless the pledged goods have been taken into custody by a court or by a law enforcement officer or agency. You hereby grant to us a security interest in your motor vehicle which is titled, unencumbered, and listed above. We do not accept personal checks. Please note the following: 1. The amount of cash advanced under this Pawn Ticket is $ 3,000.00 ; 2. The maturity date of the pawn transaction is 11/18/2009 ; 3. The amount due hereunder is $ 3,299.70 ; 4. The monthly rate is 9.99 %, and the pawn charges are $ 299.70 .

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 121.55 % | $ 299.70 | $ 3,000.00 | $ 3,299.70 |

Payment Schedule:    One payment in the amount of $ 3,299.70 due on    Wednesday, November 18, 2009

Security:    You are giving a security interest in the Motor Vehicle.

Prepayment:    If you pay off early, you may be entitled to a refund of part of the finance charge.

See the terms below and on the other pages of this Pawn Ticket for any additional information about nonpayment, default and prepayment refunds.

Itemization of Amount Financed of $ 3,000.00
$ 500.00    Amount given to you directly.
$ 0.00    Amount paid on account no. _____ with us.
Amount paid to others on your behalf
$ 0.00    to public officials
$ 2,500.00    to ALABAMA TITLE LOANS, INC.

Any comments or questions may be directed to Customer Service at the following toll-free number: (800) 804-5368

TM-AL-Customer Agr-V.4.1-04.20.2007

# ADDITIONAL TERMS AND CONDITIONS OF THIS PAWN TICKET

**Prepayment.** You may prepay in full at any time to redeem the pawned item and will not incur an additional charge or fee. If you prepay in full and do not enter a new transaction with us at such time, then you will not be entitled to a rebate and refund of any part of the finance charge. If you prepay in full by entering a new transaction with us, then you will receive a prorated rebate of the pawnshop charge earned under this Pawn Ticket.

**Representations and Warranties.** You verify that you are the rightful owner of the goods or are entitled to sell or pledge the goods. You verify that you are 19 years of age or older.

**Default.** Because you have no obligations to redeem the pledged goods or pay us any amount hereunder, you will only be in default if the representations and warranties you make herein are false. In the event of default, we may exercise our rights under Alabama law.

**Nonredemption and Forfeiture.** You shall have no obligation to redeem pledged goods or make any payment on this pawn transaction. Pledged goods not redeemed within 30 days following the Maturity Date shall be forfeited to us and absolute right, title, and interest in and to the goods shall vest in us, unless you request and we agree to enter into a new pawn ticket, in which case you will retain title to the pledged goods.

**Lost Goods or Tickets.** Any person properly identified as pledgor or as authorized representative of the pledgor and presenting the Pawn Ticket to us shall be entitled to redeem or repurchase the pledged goods described herein. If the Pawn Ticket is lost, destroyed, or stolen, you shall so notify us in writing. Upon receipt of such notice and if the pledged goods have not previously been redeemed, we shall note in our records that the original Pawn Ticket is lost, and we shall not allow anyone to redeem the pledged goods using that original Pawn Ticket. We will issue to you a copy of the original pawn ticket as a replacement pawn ticket, which you may then use to redeem the pledged goods. Before delivering the pledged goods or issuing a replacement pawn ticket, we will require you to make a written statement of the loss, destruction, or theft of the ticket. We are entitled to a fee not to exceed five dollars in connection with each lost, destroyed, or stolen pawn ticket and the taking of a properly prepared written statement for the pawn ticket.

**Lien and Late Redemption.** We shall have a lien on the pledged goods pawned for the money advanced and the pawnshop charge, but not for other debts due to us, subject to the rights of other persons who have an ownership interest or prior liens in the pledged goods. We shall retain possession of the pledged goods except as otherwise herein provided and by applicable law until the lien is satisfied. Pledged goods not redeemed on or before the Maturity Date, shall be held by us for 30 days following that date and may be redeemed or repurchased by you within the period by the payment of the redemption price (the amount disclosed as the Total of Payments above), plus the payment of an additional pawnshop charge, which shall equal the original pawnshop charge prorated on a daily basis for each day in which we hold the pledged goods between the Maturity Date and the date you enter into a New Pawn Ticket ("Prorated Pawnshop Charge").

**Governing Law and Assignment.** This Pawn Ticket shall be governed by the laws of the State of Alabama, except that the arbitration provision is governed by the Federal Arbitration Act ("FAA"). We may assign or transfer this Pawn Ticket or any of our rights hereunder.

**WAIVER OF JURY TRIAL AND ARBITRATION PROVISION.** Arbitration is a process in which persons with a dispute: (a) waive their rights to file a lawsuit and proceed in court and to have a jury trial to resolve their disputes; and (b) agree, instead, to submit their disputes to a neutral third person (an "arbitrator") for a decision. Each party to the dispute has an opportunity to present some evidence to the arbitrator. Pre-arbitration discovery may be limited. Arbitration proceedings are private and less formal than court trials. The arbitrator will issue a final and binding decision resolving the dispute, which may be enforced as a court judgment. A court rarely overturns an arbitrator's decision. **THEREFORE, YOU ACKNOWLEDGE AND AGREE AS FOLLOWS:**

1. For purposes of this Waiver of Jury Trial and Arbitration Provision (hereinafter the "Arbitration Provision"), the words "dispute" and "disputes" are given the broadest possible meaning and include, without limitation (a) all claims, disputes, or controversies arising from or relating directly or indirectly to the signing of this Arbitration Provision, the validity and scope of this Arbitration Provision and any claim or attempt to set aside this Arbitration Provision; (b) all federal or state law claims, disputes or controversies, arising from or relating directly or indirectly to this Pawn Ticket (including the Arbitration Provision), the information you gave us before entering into this Pawn Ticket, any past agreement or agreements between you and us; (c) all counterclaims, cross-claims and third-party claims; (d) all common law claims, based upon contract, tort, fraud, or other intentional torts; (e) all claims based upon a violation of any state or federal constitution, statute or regulation; (f) all claims asserted by us against you, including claims for money damages to collect any sum we claim you owe us for fraud, intentional tortuous conduct; (g) all claims asserted by you individually against us and/or any of our employees, agents, directors, officers, shareholders, governors, managers, members, parent company or affiliated entities (hereinafter collectively referred to as "related third parties"), including claims for money damages and/or equitable or injunctive relief; (h) all claims asserted on your behalf by another person; (i) all claims asserted by you as a private attorney general, as a representative and member of a class of persons, or in any other representative capacity, against us and/or related third parties (hereinafter referred to as "Representative Claims"); and/or (j) all

Any comments or questions may be directed to Customer Service at the following toll-free number _(800) 804-5368_.

TM-AL-Customer Agr-V.A.1-D4.20 2007

Case 09-15460   Doc 10-1   Filed 12/19/09   Entered 12/19/09 11:49:48   Desc Exhibit
Exhibit 1 - Pawn Ticket   Page 2 of 4

## ADDITIONAL TERMS AND CONDITIONS OF THIS PAWN TICKET

claims arising from or relating directly or indirectly to the disclosure by us or related third parties of any non-public personal information about you.

2. You acknowledge and agree that by entering into this Arbitration Provision:
   (a) YOU ARE WAIVING YOUR RIGHT TO HAVE A TRIAL BY JURY TO RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES;
   (b) YOU ARE WAIVING YOUR RIGHT TO HAVE A COURT, OTHER THAN A SMALL CLAIMS TRIBUNAL, RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES; and
   (c) YOU ARE WAIVING YOUR RIGHT TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY, AND/OR TO PARTICIPATE AS A MEMBER OF A CLASS OF CLAIMANTS, IN ANY LAWSUIT FILED AGAINST US AND/OR RELATED THIRD PARTIES.

3. Except as provided in Paragraph 6 below, all disputes including any Representative Claims against us and/or related third parties shall be resolved by binding arbitration only on an individual basis with you. THEREFORE, THE ARBITRATOR SHALL NOT CONDUCT CLASS ARBITRATION; THAT IS, THE ARBITRATOR SHALL NOT ALLOW YOU TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY FOR OTHERS IN THE ARBITRATION.

4. Any party to a dispute, including related third parties, may send the other party written notice by certified mail return receipt requested of their intent to arbitrate and setting forth the subject of the dispute along with the relief requested, even if a lawsuit has been filed. Regardless of who demands arbitration, you shall have the right to select either of the following arbitration organizations to administer the arbitration: the American Arbitration Association (1-800-778-7879) http://www.adr.org, or National Arbitration Forum (1-800-474-2371) http://www.arb-forum.com. However, the parties may agree to select a local arbitrator who is an attorney, retired judge, or arbitrator registered and in good standing with an arbitration association and arbitrate pursuant to such arbitrator's rules. The party receiving notice of arbitration will respond in writing by certified mail return receipt requested within twenty (20) days. If you demand arbitration, you must inform us in your demand of the arbitration organization you have selected or whether you desire to select a local arbitrator. If related third parties or we demand arbitration, you must notify us within twenty (20) days in writing by certified mail return receipt requested of your decision to select an arbitration organization or your desire to select a local arbitrator. If you fail to notify us, then we have the right to select an arbitration organization. The parties to such dispute will be governed by the rules and procedures of such arbitration organization applicable to consumer disputes, to the extent those rules and procedures do not contradict the express terms of this Pawn Ticket or the Arbitration Provision, including the limitations on the arbitrator below. You may obtain a copy of the rules and procedures by contacting the arbitration organization listed above.

5. Regardless of who demands arbitration, we will advance your portion of the expenses associated with the arbitration, including the filing, administrative, hearing and arbitrator's fees ("Arbitration Fees"). Throughout the arbitration, each party shall bear his or her own attorneys' fees and expenses, such as witness and expert witness fees. The arbitrator shall apply applicable substantive law consistent with the FAA, and applicable statutes of limitation, and shall honor claims of privilege recognized at law. The arbitration hearing will be conducted in the county of your residence, or within 30 miles from such county, or in the county in which the transaction under this Pawn Ticket occurred, or in such other place as shall be ordered by the arbitrator. The arbitrator may decide, with or without a hearing, any motion that is substantially similar to a motion to dismiss for failure to state a claim or a motion for summary judgment. In conducting the arbitration proceeding, the arbitrator shall not apply any federal or state rules of civil procedure or evidence. If allowed by statute or applicable law, the arbitrator may award statutory damages and/or reasonable attorneys' fees and expenses. If the arbitrator renders a decision or an award in your favor resolving the dispute, then you will not be responsible for reimbursing us for your portion of the Arbitration Fees, and we will reimburse you for any Arbitration Fees you have previously paid. If the arbitrator does not render a decision or an award in your favor resolving the dispute, then the arbitrator shall require you to reimburse us for the Arbitration Fees we have advanced, not to exceed the amount which would have been assessed as court costs if the dispute had been resolved by a state court with jurisdiction, less any Arbitration Fees you have previously paid. At the timely request of any party, the arbitrator shall provide a written explanation for the award. The arbitrator's award may be filed with any court having jurisdiction.

6. All parties, including related third parties, shall retain the right to seek adjudication in a small claims tribunal for disputes within the scope of such tribunal's jurisdiction. Any dispute, which cannot be adjudicated within the jurisdiction of a small claims tribunal, shall be resolved by binding arbitration. Any appeal of a judgment from a small claims tribunal shall be resolved by binding arbitration. Furthermore, nothing in this Arbitration Provision shall limit the right of you or us (a) to foreclose against the Motor Vehicle by the exercise of any power under the Pawn Ticket or under applicable law, (b) to exercise self-help remedies such as set off or repossession, or (c) to obtain provisional or ancillary remedies such as pre-judgment seizure of property, detinue, replevin, or injunctive relief, or to seek or obtain any other traditional equitable relief which does not claim money damages from a court having jurisdiction. The institution and maintenance by you or us of any action set forth in this Paragraph 6 shall not constitute a waiver of the right to submit any dispute to arbitration, including any counterclaim asserted.

Any comments or questions may be directed to Customer Service at the following toll-free number (800) 804-5368

TM-AL-Customer Agr-V.A.1-04.20.2007

Case 09-15460   Doc 10-1   Filed 12/19/09   Entered 12/19/09 11:49:48   Desc Exhibit
Exhibit 1 - Pawn Ticket   Page 3 of 4

## ADDITIONAL TERMS AND CONDITIONS OF THIS PAWN TICKET

7. This Arbitration Provision is made pursuant to a transaction involving interstate commerce and shall be governed by the FAA. If a final non-appealable judgment of a court having jurisdiction over this transaction finds, for any reason, that the FAA does not apply to this transaction, then our agreement to arbitrate shall be governed by the arbitration law of the State of Alabama.

8. This Arbitration Provision is binding upon and benefits you, your respective heirs, successors and assigns. The Arbitration Provision is binding upon and benefits us, our successors and assigns, and related third parties. The Arbitration Provision continues in full force and effect even if this Pawn Ticket is lost, destroyed, or stolen. The Arbitration Provision continues in full force and effect even if your obligations have been refinanced, prepaid, paid or discharged through bankruptcy. The Arbitration Provision survives any termination, amendment, expiration or performance of any transaction between you and us and continues in full force and effect unless you and we otherwise agree in writing.

**Redemption and Request for a New Pawn Ticket.** The terms of this paragraph will not apply if you do not meet our credit criteria or if the pledged goods have been taken into custody by a court or by a law enforcement officer or agency. On the Maturity Date or within 30 days thereafter, if you choose not to redeem the pledged goods but request that we enter into a new pawn ticket for 30 days ("New Pawn Ticket"), then we may enter into a New Pawn Ticket. To enter such New Pawn Ticket, you must pay the pawnshop charge provided in your previous pawn ticket plus any Prorated Pawnshop Charge. Thereafter, based upon our credit criteria, you and we may continue to enter into subsequent pawn tickets upon your payment of the pawnshop charge and Prorated Pawnshop Charge, if any, until either (i) you redeem the goods by paying according to the terms of the pawn ticket or (ii) by operation of law, the pledged goods are forfeited.

---

### Alabama Disclosures:

1. Any personal property pledged to a pawnbroker within this state is subject to sale or disposal when there has been no payment made on the account for a period of 30 days past maturity date of the original contract, and no further notice is necessary.
2. The pledgor of this item attests that it is not stolen, it has no liens or encumbrances against it, and the pledgor has the right to sell or pawn the item.
3. The item pawned is redeemable only by the bearer of this ticket.

_____          _____
Pledgor's Signature                                    Co-Pledgor Signature

---

By signing this Pawn Ticket, you acknowledge that it was filled in before you did so and that you have received an exact copy of it, signed or initialed by our employee. You also warrant and represent that you are not a debtor under any proceeding in bankruptcy and have no intention to file a petition for relief under any chapter of the United States Bankruptcy Code. You further acknowledge that you have read, understand, and agree to all of the terms of this Pawn Ticket, including the above "Waiver of Jury Trial and Arbitration Provision."

THIS DOCUMENT IS SUBJECT TO A SECURITY INTEREST IN FAVOR OF, AND PLEDGED AS COLLATERAL TO, MERRILL LYNCH MORTGAGE CAPITAL, INC., AS AGENT FOR ITS OWN BENEFIT AND THE BENEFIT OF THE LENDERS.

_____          TitleMax of Alabama, Inc. d/b/a _TitleMax_
Pledgor Signature

                                                      By _____
                                                            Its employee

_____
Co-Pledgor Signature

                                                      Account Number: 7931431

Any comments or questions may be directed to Customer Service at the following toll-free number (800) 804-5368